■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS ROONEY, Appellant. [620 NYS2d 979] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered January 9, 1992, convicting him of murder in the second degree and burglary in the first degree (two counts), upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of the branch of the defendant's omnibus motion which was to suppress his statements to the police.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the police had probable cause to arrest him. It is well settled that a police officer may arrest a person without a warrant when the officer has probable cause to believe that the person has committed a crime *(see, People v Cruz,* 191 AD2d 507). Here, the information leading to the defendant's arrest was given to the police by a friend of the defendant and was corroborated by an independent investigation. Thus, sufficient probable cause existed for the defendant's arrest. Moreover, his statements, which were made during the course of a subsequent custodial interrogation at the station house, following a knowing and voluntary waiver of his *Miranda* rights, were admissible.

The defendant's contention that the sentence is excessive is without merit *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]) or without merit. Balletta, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.